1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, ) | No. 1:15-cv-01526---SAB |
| ) | |
| Plaintiff, ) | **STIPULATION 1) FOR EXTENSION OF TIME FOR DEFENDANT FRESNO FOODS, LLC TO RESPOND TO COMPLAINT; AND 2) TO CONTINUE SCHEDULING CONFERENCE; ORDER** |
| ) | |
| vs. ) | |
| ) | |
| FRESNO FOODS, LLC, dba JACK IN THE ) | |
| BOX #526, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff Arthur Owens ("Plaintiff") and Defendant Fresno Foods, LLC, dba Jack in the Box #526 ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Defendant was granted an extension of time to November 16, 2015 within which to respond to Plaintiff's complaint;

2. Defendant requests an additional extension of time within which to respond to Plaintiff's complaint to allow the Parties to explore settlement;

3. The Parties agree that Defendant may have to and including January 29, 2016 within which to respond to the complaint, which extension exceeds the 28 days which may be given without leave of Court under Local Rule 144;

4. Plaintiff has been diligently trying to serve Defendant Pauline F. Kouvalas-Prew, Trustee of the Pauline F. Kouvalas-Prew Revocable Living Trust dated August 15, 2011 ("Prew") but has been as yet unable to effect service. Defendant agrees to cooperate with Plaintiff to try to obtain information that will permit service on Prew;

5. A Status and Scheduling Conference is currently set in this matter for January 12, 2016. The Parties wish to continue the conference both to allow service on, and the appearance of, Prew, as well as allow the Parties to fully explore settlement. Therefore, the Parties request that the Status and Scheduling Conference be continued to a date after February 26, 2016 at the Court's convenience.

**IT IS SO STIPULATED**.

Date: December 21, 2015               MOORE LAW FIRM, P.C.

                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff, Arthur Owens

                                      BHATIA & ASSOCIATES

                                      */s/ Peter Cook*
                                      Peter Cook
                                      Attorney for Defendant, Fresno Foods,
                                      LLC, dba Jack in the Box #526

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Fresno Foods, LLC, dba Jack in the Box #526, shall have to and including January 29, 2016 within which to respond to Plaintiff's complaint.

**IT IS FURTHER ORDERED** that the Status and Scheduling Conferences currently set for January 12, 2016 be continued to March 8, 2016 at 3:00 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __December 21, 2015__

UNITED STATES MAGISTRATE JUDGE