Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR OWENS, <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO FOODS, LLC, et al., <br><br> Defendants. | Case No. 1:15-cv-01526---SAB <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREAS,** the complaint in this matter was filed on October 7, 2015 (Dkt. 1);

**WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all defendants are to be served 120 days from the date the complaint was filed, here February 4, 2016;[1]

**WHEREAS,** Plaintiff, Arthur Owens ("Plaintiff"), has served Defendant Fresno Foods, LLC ("Fresno Foods") with the Summons and Complaint (Dkt. 4);

**WHEREAS,** Defendant Pauline F. Kouvalas-Prew, as Trustee of The Pauline F. Kouvalas-Prew Revocable Living Trust Dated August 15, 2011 ("Kouvalas-Prew"), is the only remaining defendant to be served in this action;

---

[1] Subsequent to the filing of this action, effective December 1, 2015, Fed. R. Civ. P. 4(m) was amended to provide that defendants are to be served within 90 days of filing of a complaint.

Page 1

**WHEREAS,** Plaintiff has been diligently attempting to serve Kouvalas-Prew with the Summons and Complaint but has not been able to effect service to date, and believes that Kouvalas-Prew is either on vacation or evading service, as more particularly set forth in the declaration of Tanya E. Moore, filed herewith;

**WHEREAS,** counsel for Fresno Foods has stipulated to a further 90-day continuance of the scheduling conference currently set for March 8, 2016 to allow Plaintiff time to effect service on Kouvalas-Prew, obtain Kouvalas-Prew's participation in a Rule 26 meet and confer, and for preparation of the joint scheduling report; the stipulation is being filed concurrently herewith;

**WHEREAS,** Plaintiff and Fresno Foods believe that a full resolution of Plaintiff's claims will require the participation of Kouvalas-Prew;

**WHEREAS,** this request is made ex parte because the service deadline expires February 4, 2016. Plaintiff had hoped that this application would not be necessary, and that the ongoing efforts at service would be productive. However, it has now been determined that additional time will be needed to seek service via publication;

**WHEREAS,** counsel for Fresno Foods has stated that he does not oppose this request for relief from the service deadline.

**NOW, THEREFORE,** Plaintiff, by and through his counsel, hereby requests that he be given an additional 90 days from the current deadline of February 4, 2016 to May 4, 2016 within which to complete service of the complaint on Kouvalas-Prew (or take other appropriate action) in order to exhaust such efforts.

Dated: February 3, 2016                             MOORE LAW FIRM, P.C.


                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff,
                                                    Arthur Owens

## ORDER

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the Complaint on Defendant Pauline F. Kouvalas-Prew, as Trustee of The Pauline F. Kouvalas-Prew Revocable Living Trust Dated August 15, 2011, is hereby extended from February 4, 2016 to May 4, 2016.

IT IS SO ORDERED.

Dated: __**February 4, 2016**__

UNITED STATES MAGISTRATE JUDGE