Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRESNO FOODS, LLC, dba JACK IN THE BOX #526, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-01526---SAB<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT FRESNO FOODS, LLC'S RESPONSIVE PLEADING AND SECOND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** |

　　　　WHEREAS, Defendant, Fresno Foods, LLC, dba Jack in the Box #526 ("Fresno Foods"), is the only defendant who has been served in this action to date;

　　　　WHEREAS, Plaintiff, Arthur Owens ("Plaintiff," and together with Fresno Foods, "the Parties"), and Fresno Foods have previously stipulated twice to extend the time for Fresno Foods to file its responsive pleading;

　　　　WHEREAS, the Court previously granted the Parties' second stipulation for an extension of time for Fresno Foods' responsive pleading to January 29, 2016, and also granted the Parties' request to continue the Mandatory Scheduling Conference to March 8, 2016 at 3:00 p.m. (Dkt. 8);

　　　　WHEREAS, Plaintiff has been unable to effect service of the summons and complaint to date on the sole remaining defendant, Pauline F. Kouvalas-Prew, as Trustee of the Pauline F.

Kouvalas-Prew Revocable Trust Dated August 15, 2011 ("Kouvalas-Prew"), and is filing a request for administrative relief from the service deadline concurrently with this stipulation;

WHEREAS, the Parties believe that Kouvalas-Prew's participation is necessary to achieve a full settlement or resolution of Plaintiff's claims;

WHEREAS, counsel for Fresno Foods has been out of the office ill, and requires additional time to prepare and file Fresno Foods' responsive pleading;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a further fourteen-day extension of time for Fresno Foods to file its responsive pleading, such that the responsive pleading shall be filed on or before February 12, 2016. The Parties additionally stipulate to a further continuance of the Mandatory Scheduling Conference currently set for March 8, 2016 to a date at the Court's convenience after June 6, 2016, to allow time for Kouvalas-Prew to be served with the summons and complaint and to make an appearance, and for the Parties to meet and confer with Kouvalas-Prew and file a joint scheduling report.

Date: February 3, 2016                    MOORE LAW FIRM, P.C.

                                                                /s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Arthur Owens

Date: February 3, 2016                    BHATIA & ASSOCIATES

                                                                */s/ Peter Cook*
Peter Cook
Attorney for Defendant,
Fresno Foods, LLC, dba Jack in the Box #526

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendant Fresno Foods, LLC, dba Jack in the Box #526, must file a responsive pleading is extended to and including February 12, 2016. The Mandatory Scheduling Conference currently set for March 8, 2016 is continued to June 14, 2016 at 3:00 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **February 4, 2016**

UNITED STATES MAGISTRATE JUDGE