# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO FOODS, LLC, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01526---SAB<br><br>ORDER DISREGARDING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND VACATING MAY 13, 2016 INFORMAL TELEPHONIC CONFERENCE<br><br>(ECF Nos. 16, 18, 19) |

On October 7, 2015, Plaintiff Arthur Owens filed this action. The parties stipulated that Defendant Fresno Foods, LLC would have an extension of time to file a responsive pleading. (ECF Nos. 6, 8, 10.) On February 4, 2016, Plaintiff filed a motion for service by publication on Defendant Pauline F. Kouvalas-Prew which was granted on February 25, 2016. (ECF No. 11.) On May 3, 2016, Plaintiff filed a request for entry of default on Defendant Kaouvalas-Prew. (ECF No. 16.) On May 4, 2016, Defendants Fresno Foods, LLC and Kouvalas-Prew filed an answer. (ECF No. 17.) On May 9, 2016, after the Court set an informal teleconference to discuss the request for entry of default, Plaintiff filed a notice of withdrawal of the request for entry of default. (ECF Nos. 18, 19.)

Based on the withdrawal of the request for entry of default, the informal telephonic conference set for May 13, 2016, shall be vacated and the parties are not required to appear at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. The request for entry of default filed on May 3, 2016, shall be DISREGARDED (ECF No. 16); and
2. The informal conference set for May 13, 2016 at 10:00 a.m. is VACATED and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated: **May 10, 2016**

UNITED STATES MAGISTRATE JUDGE