1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | No.  1:15-cv-01526---SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR |
| v. | |
| FRESNO FOODS, et al. | FIVE DAY DEADLINE |
| Defendants. | |

On February 4, 2016, the Court granted the parties request to continue the scheduling conference in this action to June 14, 2016, at 9:45 a.m.  The parties were required to file a joint scheduling report one week prior to the conference.  On June 2, 2016, a joint statement was filed by the parties.

On June 14, 2016, the scheduling conference was called.  Tanya Moore appeared telephonically for Plaintiff, but there was no appearance by Defendants.  The Court notes that this is not the first time that the Court has had to address a failure to comply by Defendants.  On May 3, 2016, the Court received a request for entry of default against Defendant Pauline F. Kouvalas-Prew due to her failure to file an answer to the complaint.  Defendants filed their answer the next day and the request for entry of default was subsequently withdrawn.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of docketing of this order, Defendants shall show cause in writing why sanctions should not issue for the failure to appear at the June 14, 2016 scheduling conference.  Failure to comply with this order will result in the issuance of sanctions up to and including entry of default.

IT IS SO ORDERED.

Dated:   **June 14, 2016**

UNITED STATES MAGISTRATE JUDGE