# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>   Plaintiff,<br><br>  v.<br><br>FRESNO FOODS, LLC, et al.,<br><br>   Defendants. | Case No. 1:15-cv-01526---SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING INITIAL SCHEDULING CONFERENCE FOR JUNE 28, 2016<br><br>(ECF Nos. 23, 24) |

  On June 15, 2016, an order issued requiring Defendants to show cause for the failure to appear for the initial scheduling conference. Defendants filed a response on June 20, 2016. Based on Defendants response, the Court shall discharge the order to show cause and reschedule the initial scheduling conference for June 28, 2016 at 9:45 a.m.

  Accordingly, IT IS HEREBY ORDERED that:

1.  The order to show cause filed June 15, 2016 is DISCHARGED; and

2.  An initial scheduling conference is set for June 28, 2016, at 9:45 a.m. in courtroom 9.

IT IS SO ORDERED.

Dated:  **June 21, 2016**

                UNITED STATES MAGISTRATE JUDGE

1