# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>             Plaintiff,<br><br>       vs.<br><br>FRESNO FOODS, LLC, dba JACK IN THE BOX #526, et al.,<br><br>             Defendants. | No. 1:15-cv-01526-SAB<br><br>ORDER RE STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 33) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Arthur Owens ("Plaintiff"), and Defendants, Fresno Foods, LLC, dba Jack in the Box #526, and Pauline F. Kouvalas-Prew, Trustee of the Pauline F. Kouvalas-Prew Revocable Living Trust dated August 15, 2011 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated June 30, 2016 (Dkt. 29) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

filed.

**IT IS SO STIPULATED**.


Dated:  August 19, 2016                    MOORE LAW FIRM, P.C.


                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Arthur Owens


Dated:  August 19, 2016                    BHATIA & ASSOCIATES

                                           /s/ Peter Cook
                                           Peter Cook
                                           Attorneys for Defendants,
                                           Fresno Foods, LLC, dba Jack in the Box #526,
                                           and Pauline F. Kouvalas-Prew, Trustee of the
                                           Pauline F. Kouvalas-Prew Revocable Living
                                           Trust dated August 15, 2011

### ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his First Amended Complaint within five (5) calendar days of the date this Order is filed; and
2. Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **August 19, 2016**

                                           UNITED STATES MAGISTRATE JUDGE

2