# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO FOODS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01526-SAB<br><br>ORDER REQUIRING MOTION FOR SUBSTITUTION<br><br>(ECF No. 40)<br><br>DEADLINE: DECEMBER 23, 2016 |

On October 7, 2015, Plaintiff Arthur Owens filed this action. On October 20, 2016, counsel filed a statement of death informing the Court that Plaintiff is deceased. Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure,

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Accordingly, IT IS HEREBY ORDERED that a motion for substitution shall be filed on or before December 23, 2016.

IT IS SO ORDERED.

Dated:  **October 31, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1