# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR OWENS, | Case No. 1:15-cv-01526-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT'S ORDER |
| v. | |
| FRESNO FOODS, LLC, et al., | |
| Defendants. | (ECF No. 41) |

On October 20, 2016, Plaintiff's counsel filed a statement of death informing the Court that Plaintiff is deceased. On October 31, 2016, the Court ordered that a motion for substitution be filed on or before December 23, 2016. However, a motion for substitution or other response to the October 31, 2016 order has not been filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel shall show cause in writing why this action should not be dismissed for failure to file a motion for substitution in compliance with this Court's October 31, 2016 order by January 17, 2017. Failure to comply with this order will result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **December 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1